REIDUN STRØMSHEIM # 104938
JOANNE LAFRENIERE #158011
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235
jlafreniere@stromsheim.com

Attorneys for Trustee,
MARC DEL PIERO

**The following constitutes
the order of the court. Signed August 30, 2010**

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

VICKI C. MARTIN
aka Vicki Christine Martin
fka
Vicki Christine Edwards-Martin

SSN xxx xx 1514

       Debtor

Case No. 08-54965 RLE

Chapter 7

**ORDER BY DEFAULT APPROVING
MOTION FOR AUTHORITY TO REFINANCE PROPERTY;
COMPROMISE OF CLAIM; AND ABANDONMENT**

       The motion of the Trustee herein, Marc Del Piero ("Trustee") filed herein on July 26, 2010, for an order authorizing the Debtor to refinance certain real property, and to approve a compromise with David Souza and abandonment of certain real property (the "Motion"), having been submitted to this Court, due notice of the proposals therein having been given to all creditors and other interested parties as required by law, no objection thereto having been raised, and good cause appearing;

       IT IS HEREBY ORDERED that the Trustee's Motion as set forth at Docket No. 69 is hereby approved and authorized; and

       IT IS FURTHER ORDERED that the Debtor is hereby authorized to refinance the debt

1 against the real property commonly known as 21815 Lomita Avenue, Cupertino CA (the
2 "Property") by obtaining a $155,000 loan from lenders, Blair L. Drummond and Jason J. Totah,
3 who will receive a second priority Deed of Trust against the Property, free and clear of any lien
4 other than the First Deed of Trust; and

5     IT IS FURTHER ORDERED that the compromise with David Souza, the holder of the a
6 current second Deed of Trust against the Property, is hereby authorized and approved, whereby
7 David Souza will release his lien upon receipt of $102,000 as a current payment of his secured
8 claim (the "Souza Lien") from the refinance, and Souza agrees to accept as a subordinated claim
9 the balance of his secured claim for interest and reasonable attorney fees due under his recorded
10 Deed of Trust, after payment of the allowed administrative claims and valid unsecured claims; and

11     IT IS FURTHER ORDERED that effective upon completion of the refinancing and the
12 payment in good funds to the estate of the net proceeds of the $155,000 refinancing (after payment
13 of fees and costs of loan, estimated at about $9,500, and the Souza Lien payment of $102,000; the
14 "Net Proceeds"), which Net Proceeds will be paid to the Trustee pursuant to the agreement, and
15 that upon receipt of the Net Proceeds, the Trustee abandons his interest in the Property; and

16     IT IS FURTHER ORDERED that the Trustee is authorized to do such acts and execute
17 such documents as may be necessary and appropriate to effectuate this order; and

18     IT IS FURTHER ORDERED that this Order is effective immediately upon entry, and that
19 no automatic stay of execution, pursuant to Rule 62(a) of the Federal Rules of Civil Procedure, or
20 Bankruptcy Rules 6004(h) or 6006(d) applies hereto.

21     **END OF ORDER**

COURT SERVICE LIST

Scott J. Sagaria
Law Offices of Scott J. Sagaria
333 W San Carlos St. #1700
San Jose, CA 95110

Marlene G. Weinstein
Law Offices of Marlene G. Weinstein
1111 Civic Dr. #380
Walnut Creek, CA 94596

U.S. Trustee
280 S 1st St. #268
San Jose, CA 95113-3004

STROMSHEIM & ASSOCIATES