ORIGINAL

FILED
DEC 29 2010
United S... C E...
San Jose, California Court

Vicki C. Martin
21815 Lomita Ave
Cupertino CA 95014
State Bar No: N/A
(408) 739-6200
("In Pro Per")

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI C. MARTIN<br>Aka Vicki Christine Edwards-Martin<br><br>Debtor<br><br>SSN xxx xx 1514 | CASE NO.: 08-54965 RLE<br><br>Chapter 7 |

## MOTION TO DISMISS AND RELEASE REMAINING FUNDS

On August 30, 2010 an order was signed by Judge Roger L. Efremsky, which indicated to the best of my understanding that I was entitled to refinance my property in order to pay a promissory note granted to Mr. David Souza of which for the record I find to have been altered however since I am unable to provide proof of the tampering have been forced to pay. The original note as was explained at the time of agreement to be 3 years (or) when the estate of our mother closes and was to be contingent on the terms of the original agreement which were not followed by Mr. Souza as he was to distribute all properties to myself and my brother Claud, prior to resigning as personal representative of our mother's estate in Washington.

I was to hire a realtor to sell remaining property in Washington State with which is where the funds were to come from to pay Mr. Souza his remaining $57,500.00 and interest to begin in 3 years, (not immediately). Unfortunately I have no written proof and Mr. Souza's attorney's have filed these alleged original promissory notes which do not outline the terms as they were explained to me by my attorney Ron Westphal and these copies of an alleged "original agreement which does not reflect anyone of the parties initials on all the pages and shows a copy of 3 different page 6's with what appears to be a copy of my un-notarized signature on one of them?

In my copy of the order from the bankruptcy court dated August 30, 2010, I read the following "IT IS FURTHER ORDRED that effective upon completion of the refinancing and the payment in good funds to the estate of the net proceeds of the 155,000 refinancing (after payment of fees and costs of loan, estimated at about <u>$9,500. and the Souza Lien payment of $102,000; the net proceeds</u>"), <u>which will be paid to the trustee pursuant to the agreement, and that upon receipt of the net proceeds the trustee abandons his interest in the property</u>; and IT IS FURTHER ORDRED Trustee is authorized to do such acts and execute such documents as may be necessary And appropriate to effectuate <u>this order</u>:"
(See exhibit 1)

On October 13, 2010 I signed loan papers in which my understanding was that in order to make this transaction possible I would receive a portion of this loan in the amount of $18,087.36 with which I would receive before the November payment was due. A portion of $18,286.44 to the trustee after the fees and costs of loan, estimated at about $9,500. and the Souza Lien payment of $102,000; in order to make possible timely payments and the splitting of my property for it to be possible for repayment of this loan.
(See exhibit 2).

On November 24, 2010 I went to the Courthouse, located at 280 South First Street San Jose, CA and spoke to the clerk requesting information as to why my bankruptcy had not closed and my funds were being withheld. The Clerk looked up the case and advised that I needed to file a second half of a debtor education certificate as required which would complete all terms and there would be no reason why the bankruptcy should not be dismissed. I completed and personally handed to the same clerk for filing the required document November 29, 2010. Immediately after the Thanksgiving weekend.

(See exhibit 3)

On December 14, 2010 I sent an e-mail request to Mr. Marc Del Piero (Trustee) and with no reply as of December 28, 2010.

(See exhibit 4)

I hereby respectfully request dismissal of my chapter 7 as I have complied with all requirements to the best of my understanding and immediate release of remaining funds so that I may pay my lenders which are not 2 months behind and incurring late fee's and interest as well as getting going on the property split of which I have also lost 2 months and am well on my way to being right back where I started. Thank you for you time and kind assistance in this matter.

**Exhibit 3**

Certificate Number: 12433-CAN-DE-013142413

Bankruptcy Case Number: 08-54965


12433-CAN-DE-013142413

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 29, 2010</u>, at <u>3:16</u> o'clock <u>PM PST</u>, <u>Vicki C. Martin</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Northern District of California</u>.

Date: <u>November 29, 2010</u>        By: <u>/s/Chrisann Burull</u>

                                     Name: <u>Chrisann Burull</u>

                                     Title: <u>Counselor</u>

**Exhibit 1**

```
                                    Entered on Docket
                                    August 30, 2010
                                    GLORIA L. FRANKLIN, CLERK
                                    U.S BANKRUPTCY COURT
                                    NORTHERN DISTRICT OF CALIFORNIA
```

1  REIDUN STRØMSHEIM # 104938
   JOANNE LAFRENIERE #158011                The following constitutes
2  STROMSHEIM & ASSOCIATES                  the order of the court. Signed August 30, 2010
   201 California Street, Suite 350
3  San Francisco, California 94111
   Telephone:    (415) 989-4100
4  Fax:          (415) 989-2235
   jlafreniere@stromsheim.com                         Roger L. Efremsky
5                                                     U.S. Bankruptcy Judge
   Attorneys for Trustee,
6  MARC DEL PIERO

7

8

9               UNITED STATES BANKRUPTCY COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12  In re:                                      Case No. 08-54965 RLE

13  VICKI C. MARTIN                             Chapter 7
    aka Vicki Christine Martin
14  fka
    Vicki Christine Edwards-Martin
15
    SSN xxx xx 1514
16
             Debtor
17

18          **ORDER BY DEFAULT APPROVING
       MOTION FOR AUTHORITY TO REFINANCE PROPERTY;
19       COMPROMISE OF CLAIM; AND ABANDONMENT**

20      The motion of the Trustee herein, Marc Del Piero ("Trustee") filed herein on July 26,

21  2010, for an order authorizing the Debtor to refinance certain real property, and to approve a

22  compromise with David Souza and abandonment of certain real property (the "Motion"), having

23  been submitted to this Court, due notice of the proposals therein having been given to all creditors

24  and other interested parties as required by law, no objection thereto having been raised, and good

25  cause appearing;

26      IT IS HEREBY ORDERED that the Trustee's Motion as set forth at Docket No. 69 is

27  hereby approved and authorized; and

28      IT IS FURTHER ORDERED that the Debtor is hereby authorized to refinance the debt

against the real property commonly known as 21815 Lomita Avenue, Cupertino CA (the "Property") by obtaining a $155,000 loan from lenders, Blair L. Drummond and Jason J. Totah, who will receive a second priority Deed of Trust against the Property, free and clear of any lien other than the First Deed of Trust; and

IT IS FURTHER ORDERED that the compromise with David Souza, the holder of the a current second Deed of Trust against the Property, is hereby authorized and approved, whereby David Souza will release his lien upon receipt of $102,000 as a current payment of his secured claim (the "Souza Lien") from the refinance, and Souza agrees to accept as a subordinated claim the balance of his secured claim for interest and reasonable attorney fees due under his recorded Deed of Trust, after payment of the allowed administrative claims and valid unsecured claims; and

IT IS FURTHER ORDERED that effective upon completion of the refinancing and the payment in good funds to the estate of the net proceeds of the $155,000 refinancing (after payment of fees and costs of loan, estimated at about $9,500, and the Souza Lien payment of $102,000; the "Net Proceeds"), which Net Proceeds will be paid to the Trustee pursuant to the agreement, and that upon receipt of the Net Proceeds, the Trustee abandons his interest in the Property; and

IT IS FURTHER ORDERED that the Trustee is authorized to do such acts and execute such documents as may be necessary and appropriate to effectuate this order; and

IT IS FURTHER ORDERED that this Order is effective immediately upon entry, and that no automatic stay of execution, pursuant to Rule 62(a) of the Federal Rules of Civil Procedure, or Bankruptcy Rules 6004(h) or 6006(d) applies hereto.

**END OF ORDER**

**Exhibit 2**

-5-



1087 Meridian Avenue, Suite 20 • San Jose CA • 95125 • (408) 266-5414 • FAX (408) 266-5415

Vicki Christine Martin
21815 Lomita Avenue
Cupertino, CA 95014

Date: October 15, 2010
Escrow No.: 0622001758-GH
Escrow Officer: Gale Houck
Closing Date: 10/22/2010

Property:  21815 Lomita Avenue, Cupertino, CA 95014

## Borrower's Estimated Closing Statement

| Item | Debits | Credits |
|---|---|---|
| New 2nd loan from Jeff Henriques & Brett Mattos c/o California Home Loans | | 155,000.00 |
| Interest, 10/22/10 to 11/10/10, 19 days @ $12.48 (est.) | 237.12 | |
| Loan Processing Fee | 995.00 | |
| Loan Fee | 9,300.00 | |
| Loan Document Fee | 750.00 | |
| Tax Service | 150.00 | |
| Loan Fee | 3,100.00 | |
| Credit Report | 25.00 | |
| Loan payoff to David Souza  (~~$120,000.00~~) *102,000.00* | *102,000.00* (VM) | |
| Current Principal | ~~120,000.00~~ | |
| Remainder of funds to Atty to Marc Del Piero, Trustee | 18,286.44 | |
| R.E. Taxes (357-16-061) | 1,094.08 | |
| All 2010-2011 | 1,094.08 | |
| Escrow Fees | 250.00 | |
| Additional Charges | 70.00 | |
| Electronic Transmission of Loan Documents | 50.00 | |
| Special Courier Service Fee | 20.00 | |
| Notary Fees | 125.00 | |
| Title Charges | | |
| ALTA Loan Policy | 450.00 | |
| Endorsements: | | |
| 116 Designation of Improvements, Address, 110.9 | | |
| Environmental Protection Lien, 100.0 Restrictions, etc. | 0.00 | |
| Recording Fees | 80.00 | |
| Deed of Trust | 80.00 | |
| Due To Borrower (est.) | *18,087.36* (VM) | |
| Total | $155,000.00 | $155,000.00 |

**Exhibit 4**

Can I submit a motion for dismissal?
From:vickim@eyelink.comAdd to Contacts
Sent: Tue, Dec 14, 2010 at 3:52 pm
To:   MJDelpiero@aol.com

Good Afternoon,

shortly after recieving a call from Jim McClenehan (Not Sagaria Law or anyone representing thier firm)? that my loan was approved by the Judge and I went to Sagaria Law office where I requested my file (That I had provided to them back for the 3rd time). I met with Elliott Gayle asked for my file who put me off again? asking why they needed it if we were done with the bankruptcy. He said that "Yes" we were done but wanted copies for their file? I agreed and returned the following day, after givig me a difficult time they handed me the file and I left.

I went to the bankruptcy court and the lady said I needed to file a certificate for the 2nd part of the credit counseling after which it would be dismissed. I did so right away but still have not recieved the remaining funds on the overage from the loan? My husband was injured over Thanksgiving week and is pending disability and the loan is now behind. As well I cannot proceed with the lot split with the lack of funds.

Could you please provide instruction as to how I can get going?, I will go to the Bankruptcy court again today. Can I file a motion to dismiss on my own?

Thank You, your kind assistance is appreciated.

Best Regards,

Vicki Martin