

```
1  MARLENE G. WEINSTEIN, ESQ.
   Attorney Bar No. 079429              The following constitutes
2  LAW OFFICE OF                        the order of the court. Signed January 03, 2011
3  MARLENE G. WEINSTEIN
   1350 Treat Blvd., Suite 420                  _____
4  Walnut Creek, CA 94597                              Stephen L. Johnson
5  Telephone: (925) 472-0800                           U.S. Bankruptcy Judge
6  Attorney for Secured Creditor        _____
   DAVID WM. SOUZA
7
```

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re**<br><br>**VICKI C. MARTIN,**<br><br>                 Debtor. | Case No. 08-54965 SLJ-13/7<br>Chapter 13/7<br><br>ORDER ON STIPULATION<br>RE: WITHDRAWAL OF SECURED<br>CLAIM AND ALLOWANCE OF<br>AMENDED CLAIM |

    Pursuant to the *Stipulation Re: Withdrawal of Secured Claim and Allowance of Amended Claim* entered into between debtor, Marc Del Piero, Chapter 7 trustee of the above-referenced bankruptcy estate ("Trustee"), and creditor, David Wm. Souza ("Creditor"), and entered on the court docket on December 23, 2010 as document number 92, and good cause appearing therefor,

    **IT IS HEREBY ORDERED** that the Amended Proof of Claim filed by Creditor, and entered on the court's claims register as Claim Number 8

Order on Stipulation

shall be disallowed except as a general unsecured claim in the amount of $8,711.39 for interest and attorneys fees due under a deed of trust recorded against the property located at 21815 Lomita Avenue, Cupertino, and further, that such amended claim shall be be subordinated to all other allowed administrative claims and valid unsecured claims.

**IT IS FURTHER ORDERED** that this Order shall operate so as to allow Creditor's remaining claim.

Approved as to form and content:

  /s/ Reidun Stromsheim
Reidun Stromsteim, Esq.
Stromsheim & Associates
Attorneys for Chapter 7 Trustee

** END OF ORDER **

Order on Stipulation

2

```
 1                          COURT SERVICE LIST
 2
 3
     Vicki C. Martin
 4   21815 Lomita Avenue
     Cupertino, CA 95014
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

     Order on Stipulation
                                        3
```