The following constitutes
the order of the court. Signed January 06, 2011

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:  
VICKI C. MARTIN,  
        Debtor(s).

Case No. 08-54965 SJ  
Chapter 7

### ORDER DENYING MOTION TO DISMISS

On December 29, 2010, the Debtor filed a Motion to Dismiss and Release Remaining Funds (the "Motion"). The Debtor did not serve the Motion, or notice it for hearing. Pursuant to section 707(a), the Court may dismiss a chapter 7 case only after notice and a hearing and only for cause. 11 U.S.C. § 707(a). In addition, the Debtor must give at least twenty-one days notice to the trustee and all creditors. Federal Rule of Bankruptcy Procedure 2002(a)(4). The Court will deny the Motion without prejudice, but the Debtor may refile another motion with proper notice and service to the appropriate parties. Therefore, good cause appearing,

IT IS HEREBY ORDERED that the Motion to Dismiss, filed by the Debtor, is DENIED without prejudice.

* * * END OF ORDER * * *

## COURT SERVICE LIST

Vicki C. Martin
21815 Lomita Ave.
Cupertino, CA 95014

Scott J. Sagaria
Law Offices of Scott J. Sagaria
333 W. San Carlos St., #1700
San Jose, CA 95110

Marc Del Piero
PO Box 1127
Pebble Beach, CA 93953-1127

Reidun Stromsheim
Law Offices of Stromsheim and Assoc.
201 California St., #350
San Francisco, CA 94111

Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004