```
REIDUN STRØMSHEIM # 104938
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California  94111
Telephone:    (415) 989-4100
Fax:          (415) 989-2235
rstromsheim@stromsheim.com

Attorneys for Trustee,
MARC DEL PIERO
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>VICKI C. MARTIN<br>aka Vicki Christine Martin<br>fka<br>Vicki Christine Edwards-Martin<br><br>SSN xxx xx 1514<br><br>　　　　Debtor | Case No. 08-54965 SLJ<br><br>Chapter 7 |

CHAPTER 7 FINAL APPLICATION FOR COMPENSATION
BY STROMSHEIM & ASSOCIATES

TO THE HONORABLE STEVEN L. JOHNSON, UNITED STATES BANKRUPTCY JUDGE:

This application is submitted pursuant to Guideline 9 of the <u>Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees</u> adopted by the United States Bankruptcy Court for the Northern District of California.

| | | |
|---|---|---|
| 1. | Date of Filing of Case: | September 5, 2008 |
|    | The case was converted to Chapter 7 on | April 19, 2010 |
| 2. | Name of Trustee: | Marc Del Piero |
| 3. | Total Receipts of Trustee: | $155,000 |
| 4. | Present Balance on Hand | $35,648.06 |
| 5. | Date of Appointment of Applicant | June 7, 2010 |

| | | | |
|---|---|---|---|
| 6. | Time Period of Application: From 05/26/10 To 01/17/11 | | |
| 7. | Hourly Rate of Professional | | $486.90 |
| 8. | Total Hours in this Application | | 17.3 |
| 9. | Tot. Fees Requested $486.90 x 17.3 hrs= | | $8,423.50 |
| 10. | Amount Included for Anticipated Appearance at Hearing on Application, for communicating with the Trustee, and responding to such inquiries that, in Applicant's experience, always occur in the closing of the case | | $1,000 |
| 11. | Total Costs Requested this Application | | $78.40 |
| 12. | Total Fees and Costs Requested | | $8,501.90 |
| 13. | Brief Description of Services: | | |

The trustee of the Debtor's estate.

The Trustee has investigated the reason for the bankruptcy case, and believes that the bankruptcy case was filed on the background of a longstanding inheritance dispute between the Debtor and her step-brother, Mr. Souza. The Debtor owned a very valuable piece of real property (the "Property"), encumbered by a deed of trust in favor of Mr. Souza, and the two had spent much time in the Chapter 13 disputing the claim, resulting in significant increases in the amount due under the Souza Deed of Trust. A compromise was reached whereby, instead of the Trustee selling the Property, the Debtor would re-finance the Property for sufficient amounts to pay off the Souza lien, satisfy the unsecured creditors and pay the administrative expenses. Applicant investigated and analyzed the entire dispute, prepared and filed the necessary documents and pleadings, and obtained an order approving the re-financing of the Property, pursuant to which the Property was abandoned to the Debtor as part of the compromise.

Since the refinancing was approved, the Debtor has made a number of inquiries and requests in the case, including filing a motion to dismiss the case. At the request of the Trustee, Applicant prepared and filed an opposition, which has increased the costs of administration, and

demonstrate that the Debtor had different expectations in connection with the re-financing. Applicant anticipates that there will be additional inquiries and possible objections filed by the Debtor to the final account, and has therefore included an anticipated, additional amount of $1,000 to deal with the issues. This amount is higher than Applicant normally requests, but is based on an evaluation of what has occurred in the case to date.

A detailed Billing Statement including costs is attached hereto as Exhibit A.

DATED: January 17, 2011

STROMSHEIM & ASSOCIATES

By /s/ Reidun Strømsheim
Counsel for MARC DEL PIERO
TRUSTEE

STROMSHEIM & ASSOCIATES

## **CERTIFICATION**

I, Reidun Stromsheim, declare as follows:

1. That I am principal of Stromsheim & Associates.
2. That I am familiar with and have read the above application and the facts therein are true to my knowledge and belief. The copies of the billing statements are true and correct copies of the billing statements of Stromsheim & Associates for this case.
3. That this law firm has not been paid or promised any compensation from any other source for services rendered in connection with this case.
4. That Stromsheim & Associates has not entered into any agreement or understanding with any other entity for the sharing of compensation received or to be received for services rendered and/or to be rendered in connection with this case, and has received no promise of compensation other than as set forth herein.
5. That to the best of my knowledge, information and belief, the compensation and expense reimbursement sought herein is in conformity with the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees for the United States Bankruptcy Court for the Northern District of California, except to the extent set forth in the application, and that all costs billed represent the actual cost to Applicant, other than copying costs which are $.20 per page if done in-house.
6. That this application is submitted in accordance with Guideline No. 9 of the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees for the United States Bankruptcy Court for the Northern District of California.
7. That the compensation and expenses sought herein were billed at rates no less favorable than those customarily billed by applicant and generally accepted by the applicant's clients.

I declare under penalty of perjury that the foregoing is true and correct and that this certification was executed on January 17, 2011, in San Francisco, California.

                                        /s/     Reidun Strømsheim

**TRUSTEE'S STATEMENT RE: REVIEW OF FEE APPLICATION**
(U.S. Trustee Guidelines, ¶ 2.2.2)

I, Marc Del Piero, hereby certify that I am the duly appointed trustee in In re Martin, and that I have read the foregoing final fee application of Stromsheim & Associates, counsel for me in the foregoing bankruptcy case, and I have no objections to that fee application or the fees and costs requested therein.

DATED: January 17, 2011

/s/ Marc Del Piero

STROMSHEIM & ASSOCIATES

Stromsheim & Associates
Attorneys at Law
201 California Street, Suite 201
San Francisco, CA  94111
Attorneys at Law

Invoice submitted to:
Marc Del Piero

January 17, 2011

In Reference To:    Vicki C. Martin 08-54965 RLE

Invoice #    12512

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---:|---:|
| | **Case Mgmt** | | |
| 5/26/2010 RS | Telephone from trustee re. new case, issues, conversion, real estate issues (.2) review and analysis of documents from Trustee re. same, review of Debtor's prior bankruptcy history and actions in Chapter 13 (.8) telephone from Weinstein re. issues in case (.2) | 1.20<br>495.00/hr | 594.00 |
| 5/27/2010 RS | Research re. possible transfers of title (.2) drafted application for employment, declaration and order (.4) | 0.60<br>495.00/hr | 297.00 |
| 6/6/2010 RS | Reviewed status, drafted report to trustee re. same | 0.20<br>495.00/hr | 99.00 |
| 7/20/2010 RS | Telephone from Weinstein, conference re. issues in case, status, possible sale vs. refinancing, etc. | 0.20<br>495.00/hr | 99.00 |
| 7/21/2010 RS | Reviewed and responded to inquiry from trustee re. status, issues, employment of broker, etc. | 0.20<br>495.00/hr | 99.00 |
| 11/5/2010 RS | Telephone from Weinstein re. motion in probate (.1) reviewed pleading where Debtor appears to challenge Bankruptcy Court order (.2) | 0.30<br>495.00/hr | 148.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/2/2011 | RS | Reviewed and analyzed Debtor's motion to dismiss bankruptcy case and drafted opposition to motion and declaration in support of opposition | 2.30 495.00/hr | 1,138.50 |
|  |  | SUBTOTAL: | [ 5.00 | 2,475.00] |

### Claims Rev & Ob

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/2/2010 | RS | Telephone from Weinstein, conference re. fee app of counsel for Debtor, no objection will be filed | 0.10 495.00/hr | 49.50 |
| 11/5/2010 | RS | Telephone from Weinstein re. claim from Debtor, issues in settlement agreement in bankruptcy court | 0.10 495.00/hr | 49.50 |
| 11/30/2010 | RS | Telephone from Weinstein re. settlement and order re. claim | 0.10 495.00/hr | 49.50 |
| 12/18/2010 | RS | Reviewed proposed stipulation from Weinstein and drafted comment re. proposed changes (.2) | 0.20 495.00/hr | 99.00 |
| 12/19/2010 | RS | Reviewed and signed stipulation re. claim of Weinstein's client | 0.10 495.00/hr | 49.50 |
|  |  | SUBTOTAL: | [ 0.60 | 297.00] |

### Coll. of Assets

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/1/2010 | RS | Telephone from Buchanan re. issues in lot division, listings, access to property (.1) reviewed files, drafted letter to Debtor requesting cooperation, contact and documents (.4) | 0.50 495.00/hr | 247.50 |
| 6/2/2010 | RS | Telephone from Pierotti, discussion of legal issues re. title, inheritance, documents related to same, possible re-financing of second and structure for organizing transaction | 0.20 495.00/hr | 99.00 |
|  | RS | Telephone from trustee re. issues in case, possible resolutions (.1) telephone from loan broker re. same, status, documents needed (.2) reviewed documents from | 0.80 495.00/hr | 396.00 |

| Marc Del Piero | | | | Page | 3 |
|---|---|---|---|---|---|
| | | | | Hrs/Rate | Amount |
| | | loan broker re. case (.2) drafted communication to trustee re. same, with analysis (.3) | | | |
| 6/7/2010 | RS | Telephone from Debtor, conference re. issues in re-financing | | 0.20 495.00/hr | 99.00 |
| 7/13/2010 | RS | Telephone call from counsel for debtor, discussion of status, payments, possible refinancing, need to move ahead | | 0.20 495.00/hr | 99.00 |
| 7/23/2010 | RS | Reviewed communication from Sagaria (.1) telephone to Weinstein re. firm claim (.1) drafted communication to Sagaria and Elliot requesting confirmation of loan, etc. (.2) | | 0.40 495.00/hr | 198.00 |
| | RS | Reviewed and responded to multiple e-mails re. re-financing, (.2) telephone to Weinstein re. refinancing, possible settlement (.2) Reviewed loan documents and net sheet, calculated amount needed and drafted communication to atty. re. same (.3) | | 0.70 495.00/hr | 346.50 |
| 7/25/2010 | RS | Reviewed and responded to communications from Weinstein re. claim, release, terms (.2) drafted motion for authority to refinance, compromise and abandon, declaration and order approving same, revised and finalized documents, drafted communication to client re. same (2.7) | | 2.90 495.00/hr | 1,435.50 |
| 8/23/2010 | JML | check ECF and files re proposed compromise and re-fi (.1); draft application and declaration for approval of re-fi and compromise (.6); draft proposed order re same (.6) | | 1.30 395.00/hr | 513.50 |
| 8/31/2010 | JML | receipt of signed order re sale and abandonment | | 0.10 395.00/hr | 39.50 |
| 9/2/2010 | RS | Reviewed order approving compromise and drafted communication to McClanahan (.2) reviewed response re. same (.1) | | 0.30 495.00/hr | 148.50 |
| 9/16/2010 | RS | Reviewed demand from title co re. short-sale (.2) telephone to Old Republic, explained re-financing, parties (.1) drafted demand for payment and explanation to Old Republic (.3) | | 0.60 495.00/hr | 297.00 |

Marc Del Piero    Page    4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/29/2010 JML | communication from agent re escrow status | | 0.10<br>395.00/hr | 39.50 |
| 10/22/2010 RS | Reviewed communication from trustee re. forced place insurance (.1) reviewed status of case and drafted communication to broker re. statu (1) reviewed response and forwarded to trustee and Weinstein (.1) | | 0.30<br>495.00/hr | 148.50 |
| | SUBTOTAL: | [ | 8.60 | 4,107.00] |

### Fee Application

|  |  |  |  |  |
|---|---|---|---|---|
| 1/17/2011 RS | Reviewed files and account statements, drafted final fee application | | 1.10<br>495.00/hr | 544.50 |
| | SUBTOTAL: | [ | 1.10 | 544.50] |
| | For professional services rendered | | 15.30 | $7,423.50 |

Additional Charges :

### Certified Copy

|  |  |  |  |
|---|---|---|---|
| 9/17/2010 | Certified copy of Order | | 9.00 |
| | SUBTOTAL: | [ | 9.00] |

### Photocopies

|  |  |  |  |
|---|---|---|---|
| 4/1/2010 | 4/1/2010 through 7/1/2010 | | 21.20 |
| 7/2/2010 | 7/2/2010 through 9/3/2010 | | 48.20 |
| | SUBTOTAL: | [ | 69.40] |
| | Total costs | | $78.40 |

Case: 08-54965   Doc# 100   Filed: 01/21/11   Entered: 01/21/11 13:43:06   Page 9 of 10

Marc Del Piero                                                                 Page    5

                                                                                  Amount
                                                                              _____

           Total amount of this bill                                            $7,501.90
                                                                              _____

           Balance due                                                          $7,501.90
                                                                              ===========


                                    Timekeeper Summary
Name                                                          Hours            Amount
Joanne M. LaFreniere                                           1.50            $592.50
Reidun Stromsheim                                             13.80          $6,831.00