**ORIGINAL**

**FILED**
JUN 20 2011
CLERK
United States Bankruptcy Court
San Jose, California

To:
Scott J. Sagaria Law Office
333 W. San Carlos St #1625
San Jose CA 95110-2714

Vicki C. Martin
21815 Lomita Ave.
Cupertino CA 95014
case # 08 ~~549-656~~
54965

June 18, 2011

## Official Notice of Termination between the Law Office of Scott J. Sagaria and Vicki Martin with reference to case # 08 ~~549-656~~ 54965

To Whom It May Concern:

I have recently learned that despite the advise of your office and Mr. Elliott Gayle in 2010 that your office had in your opinion completed it's obligation to me as a client and you were quote "done with my case"? It has recently come to my attention that according to court records you still appear as the "attorney of record"?

In light of the clearly obvious lack of attorney-client relationship between you and I which began immediately after your offices acceptance of payment for services promised but not provided. I do hereby officially inform and notify your office and the United States Bankruptcy Court Northern District of California and Judge Stephen L. Johnson of the termination of the relationship as of the date of the chapter 7 341 meeting in which was the last communication with anyone from your office concerning my case occurred.

Quite frankly I am irate and absolutely enraged by the **lack of communication** and complete **disregard** for my case after I entrusted you and as others have already commented before me, this attorney has mixed up communication in my case and I also believe never filed a single document on my behalf during an important motion regarding my case despite tremendous efforts and work on my part to help move my case forward without delays. There were too many delays and excuses on his part and a huge lack of accountability on this attorney's behalf.

I made a terrible mistake to keep him on so long and regret not having cut him loose before he could damage my case even further.

Vicki Martin

Cc: **San Jose Division**
3035 U.S. Courthouse
280 South First St.
San Jose, CA 95113-3099