REIDUN STRØMSHEIM # 104938
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235
rstromsheim@stromsheim.com

Attorneys for Trustee,
MARC DEL PIERO

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

VICKI C. MARTIN
aka Vicki Christine Martin
fka
Vicki Christine Edwards-Martin

SSN xxx xx 1514

       Debtor

Case No. 08-54965 SLJ

Chapter 7

<u>SUPPLEMENT TO CHAPTER 7 FINAL APPLICATION FOR COMPENSATION
BY STROMSHEIM & ASSOCIATES</u>

TO THE HONORABLE STEVEN L. JOHNSON, UNITED STATES BANKRUPTCY JUDGE:

    COMES NOW, Reidun Strømsheim, and amends the application for compensation filed in the case. Applicant requests that fees in the sum of $7,423.50, which represents a reduction of $1,000, the amount that had been included for the anticipated costs of resolving any objection by the Debtor.

    Accordingly, Applicant requests that fees in the sum of $7,423.50 and costs in the amount of $78.40 be approved.

DATED:    July 28, 2011

                                      STROMSHEIM & ASSOCIATES

                                      By      /s/    Reidun Strømsheim
                                      Counsel for MARC DEL PIERO
                                       TRUSTEE